PATRICK CUDAHY *et al.*, Appellants, *v.* CLARK D. RINE-
HART, as Sheriff, etc., Respondent.

*Court of Appeals, June 7, 1892.*

*Appeal. Reargument.*—Where a general term order of reversal did not
state that it was made upon the facts, and upon appeal to the court of
appeals, the counsel for the respondents, after he was advised that it
would be presumed that the reversal was on the law only, proceeded to
argument without making application to postpone the case to enable
him to procure an amendment of the order, but after the appeal was
decided against him made application to the general term and obtained
an amendment by inserting such a statement, it was held that a reargu-
ment would not be granted upon the amended order, and that the res-
pondent was concluded by his election to have the case decided on the
question of law.

Motion for reargument.

*Charles Putzel,* for motion.

*Roe & Macklin,* opposed.

PER CURIAM.—The counsel for the defendant was advised
on the argument that, as the order of reversal did not show
that it was made on the facts, it would be presumed that the
reversal was on the law only, and that to sustain the order it
must appear that some error of law was committed by the
trial court.

The counsel proceeded with the argument, making no
application to postpone the case to enable him to have the
order amended, and it was not until after the appeal was
decided against him and the order of the general term was
reversed, that he made application to the general term for

an amendment of its order by inserting therein a statement that the reversal was on the facts.

The application for a reargument upon the amended order ought not, we think, to be granted. The counsel took the risk of a decision against him on the order as it stood, with knowledge of the situation, and we think he should be concluded by his election to have the case decided on the questions of law in the record.

Motion denied, without costs.

All concur.